IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02744-RPM-BNB

SHELLIE C. HUNTER,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

_____

ORDER WITHDRAWING ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE
_____

    Pursuant to the Joint Motion to Vacate Settlement Conference and to Extend Briefing Deadlines [20] filed today, it is

    ORDERED that the Order of Reference for Settlement Conference [17] entered by this Court on February 8, 2012, is withdrawn and it is

    FURTHER ORDERED that the briefing deadlines are extended as follows:

        a. Plaintiff's opening brief due July 16, 2012;

        b. Defendant's answer brief due August 16, 2012;

        c. Plaintiff's reply brief due September 6, 2012.

    Dated this 17th day of April, 2012.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge