IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02744-RPM

SHELLIE C. HUNTER,

    Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL

Upon the parties' Stipulated Motion for Dismissal With Prejudice, this action is hereby DISMISSED with prejudice.  Each party shall bear its own costs and attorneys' fees.

DATED: June 21st, 2012.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch
United States District Court Judge